IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **CRIMINAL NO. 4:06-CR-195-ALM-KPJ-4** |
| **KALI MALIK NUGENT (4)** | § § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 19, 2022, to determine whether Defendant violated his supervised release. Defendant was represented by Michelle Allen-McCoy. The Government was represented by Camelia Lopez.

On May 4, 2007, United States District Judge Richard Schell sentenced Defendant to two hundred sixty-two (262) months imprisonment, five (5) years of supervised release, and a special assessment fee of $100. On June 6, 2019, pursuant to Section 404 of the First Step Act, Defendant's sentence was reduced to one hundred eighty-eight (188) months imprisonment and four (4) years of supervised release.

On May 9, 2022, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 202). The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance; (2) Defendant shall work regularly at a lawful occupation, unless excused by his probation officer for schooling, training, or other acceptable reasons; and (3) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office.

The Petition asserts that Defendant violated these conditions because: (1) On July 21, 2021, November 29, 2021, December 4, 2021, December 16, 2021, and April 20, 2022, Defendant either admitted to using marijuana or submitted urine specimens that tested positive for marijuana; (2) Defendant failed to obtain employment for the months of August, September, October, and November 2021; and (2) Defendant failed to submit a urine specimen as required on April 6, 2022.

At the July 19, 2022 hearing, Defendant entered a plea of true to allegations 1, 2, and 3. Defendant also consented to revocation of his supervised release and waived his right to appear before the District Judge. *See* Dkt. 213. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the June 19, 2022 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons for a term of four (4) months imprisonment, to be followed by four (4) months home detention, to be followed by two (2) years of supervised release under the same conditions previously imposed. Additionally, the Court recommends Defendant be placed in the Federal Correctional Institution in Forrest City, Arkansas, if appropriate.

**So ORDERED and SIGNED this 21st day of July, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE